# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s):** 26-761 - 6:16-cr-00015-SEH

**Case Name:** United States of America V. Herrin

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the **Transcritp Designation Form** and any attachments.
*(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature:** John Gregory Alexander Herrin    **Date:** Feb 19, 2026

| Name | Address | Date Served |
|---|---|---|
| Michael A. Kakuk | 901 Front St. Suite 1100<br>Helena, MT 59626 | Feb 19, 2026 |
| Timothy J. Racicot | 2601 2nd Ave., NSuite 3200<br>Billings, MT 59101-2238 | Feb 19, 2026 |
|  |  |  |
|  |  |  |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 25                                                                 Rev. 12/01/2018