UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHN GREGORY ALEXANDER HERRIN HERRIN,<br><br>Defendant - Appellant. | No. 26-761<br><br>D.C. No.<br>6:16-cr-00015-BMM-1<br>District of Montana,<br>Helena<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) to proceed in forma pauperis is granted.

Because appellant is proceeding pro se, he is not required to submit transcripts or excerpts of record. *See* 9th Cir. R. 30-1.

The existing briefing schedule remains in effect.